LAMBERTO LUCARELLI *v.* PAUL M. SHAPIRO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Lamberto Lucarelli,* pro se, in support of the petition.

Decided October 30, 1992

STATE OF CONNECTICUT *v.* ESSAID MEZRIOUI

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 395, is denied.

*Martin Zeldis,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided October 30, 1992

FRANCES MARTONE *v.* FRANK M. MARTONE

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 208, is denied.

*Max Brunswick,* in support of the petition.

*Steven D. Ecker,* in opposition.

Decided October 30, 1992

FRANCES MARTONE *v.* FRANK M. MARTONE

The plaintiff's cross petition for certification for appeal from the Appellate Court, 28 Conn. App. 208 (AC 10420), is granted, limited to the following issue:

"Having determined that a portion of the lump sum alimony award must be set aside, did the Appellate